UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORY DARTY,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>RICK HILL,<br><br>　　　　　Respondent. | No. 2:25-cv-1771 DAD CSK P<br><br><br>ORDER |

　　　Petitioner requested an extension of time to file objections to the September 12, 2025, findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED that:

　　　1. Petitioner's request for an extension of time (ECF No. 10) is granted; and

　　　2. Petitioner shall file his objections to the findings and recommendations within thirty days from the date of this order.


Dated:  September 29, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

dart1771.111/2